**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Raghav Pandya, | Case No.: 3:26-cv-00016-SK |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO ADVANCE HEARING DATE** |
| v. | |
| Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS), and USCIS, | |
| Defendants. | |

On April 6, 2026, pursuant to the parties' stipulation, the Court continued the motion hearing originally scheduled for April 20, 2026.  (Dkt. No. 15.)  Before the Court is the parties' stipulation to advance the hearing date.  (Dkt. No. 18.)  Upon review and consideration of the parties' stipulation, the Court HEREBY ADVANCES the hearing currently scheduled for June 22, 2026 to June 8, 2026 at 9:30 a.m. via Public Zoom webinar.

**IT IS SO ORDERED.**

Dated: April 9, 2026

_____

Sallie Kim
United States Magistrate Judge