UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHAV PANDYA, | Case No. 26-cv-00016-SK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| JOSEPH B. EDLOW, et al., | |
| Defendants. | Regarding Docket No. 28 |

On June 11, 2026, the Court granted Defendants' motion to dismiss, providing Plaintiff leave to amend his due process claim. (Dkt. No. 28 at 9.) Plaintiff did not file an amended complaint by the July 10, 2026 deadline. Accordingly, the Court DISMISSES this case WITH PREJUDICE. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: July 30, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California