UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAGHAV PANDYA,

                    Plaintiff,

          v.

JOSEPH B. EDLOW, et al.,

                    Defendants.

Case No.  26-cv-00016-SK

**JUDGMENT**

In accordance with the Court's Order dated July 30, 2026 dismissing this case with prejudice, the Court HEREBY ENTERS JUDGMENT in favor of Defendants.

**IT IS SO ORDERED**.

Dated: July 30, 2026

SALLIE KIM
United States Magistrate Judge