UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHAV PANDYA,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>       Defendants. | Case No.  26-cv-00016-SK<br><br>**ORDER REGARDING DISMISSAL WITH PREJUDICE AND JUDGMENT**<br><br>Regarding Docket Nos. 29, 30 |

On June 11, 2026, the Court granted Defendants' motion to dismiss, providing Plaintiff leave to amend his due process claim.  (Dkt. No. 28 at 9.)  Plaintiff did not amend his due process claim by the July 10, 2026 deadline.  Thus, the Court HEREBY DISMISSES Plaintiff's due process claim WITH PREJUDICE.

On July 30, 2026, the Court dismissed this action with prejudice and issued a corresponding judgment.  (Dkt. Nos. 29, 30.)  However, Plaintiff brings two claims that were not dismissed in the Court's order dated June 11, 2026—a violation of the Administrative Procedure Act ("APA") and relief under the Mandamus Act.  (Dkt. No. 1, Complaint, ¶¶ 47–57.)  Defendants did not challenge Plaintiff's APA or mandamus claims on Federal Rule of Civil Procedure 12(b)(6) grounds in its motion to dismiss Plaintiff's Complaint.  (Dkt. No. 28 at 8 n.3.)  Plaintiff, therefore, has two surviving claims against Defendants: (1) a violation of the APA; and (2) a claim under the Mandamus Act.

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

Accordingly, the Court HEREBY places this action back on the Court's docket, and VACATES the judgment.  Defendants' answer to Plaintiff's Complaint was due July 1, 2026. (Dkt. No. 28 at 9.)  Defendants shall file their answer or otherwise respond to Plaintiff's Complaint by August 6, 2026.

**IT IS SO ORDERED**.

Dated: July 30, 2026



SALLIE KIM
United States Magistrate Judge