CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　　450 Golden Gate Avenue, Box 36055
　　　San Francisco, California 94102-3495
　　　Telephone: (415) 436-7177
　　　Facsimile: (415) 436-6748
　　　Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAGHAV PANDYA,

　　　　　　　　Plaintiff,

　　v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al*.,

　　　　　　　　Defendants.

Case No. 3:26-cv-00016 SK

**STIPULATION TO PROPOSED BRIEFING
SCHEDULE; ORDER**

On June 11, 2026, the Court granted Defendants' Motion to Dismiss and dismissed Plaintiffs' due process claim with leave to amend. The parties conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed briefing schedule:

1.　　Defendants will file their motion for summary judgment by August 17, 2026.

2.　　Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by September 14, 2026.

3.　　Defendants will file their reply and opposition to Plaintiffs' motion by September 28, 2026.

4.　　Plaintiffs will file their reply by October 5, 2026.

5.　　Defendants will notice a hearing on their motion for summary judgment on

Stipulation; Order
C 3:25-cv-00016 SK

October 19, 2026, at 9:30 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: July 24, 2026                              Respectfully submitted,

                                                  CRAIG H. MISSAKIAN
                                                  United States Attorney


                                                  */s/ Molly A. Friend*
                                                  MOLLY A. FRIEND
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants


Dated: July 24, 2026

                                                  */s/ Jessica T. Arena*
                                                  JESSICA T. ARENA
                                                  Attorney for Plaintiffs

Stipulation; Order
C 3:25-cv-00016 SK

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY ENTERS the following schedule:

1.     Defendants will file their motion for summary judgment by August 17, 2026.

2.     Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by September 14, 2026.

3.     Defendants will file their reply and opposition to Plaintiffs' motion by September 28, 2026.

4.     Plaintiffs will file their reply by October 5, 2026.

5.     Defendants will notice a hearing on their motion for summary judgment for November 16, 2026, at 9:30 a.m. via Public Zoom webinar.

The Court notes that Defendants' deadline to file a motion for summary judgment was set in the Court's Immigration Mandamus Case Procedural Order. (Dkt. No. 4.) The parties did not file an extension request. The parties are HEREBY INSTRUCTED to file extensions to case management deadlines for the remainder of this action.

**IT IS SO ORDERED.**

Date:   August 6, 2026

SALLIE KIM
United States Magistrate Judge

Stipulation; Order
C 3:25-cv-00016 SK