**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Raghav Pandya,<br><br>Plaintiff,<br><br>v.<br><br>Joseph B. Edlow, et al.,<br><br>Defendants. | Case No.: 3:26-cv-00016-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Dkt. No. 41 |

Having considered the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court HEREBY ORDERS that this action is dismissed in its entirety, without prejudice. The November 16, 2026 hearing on Defendants' Motion for Summary Judgment (ECF No. 36) and Plaintiff's Rule 56(d) counter-motion (ECF No. 37) is vacated. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: October 23, 2026

Honorable Sallie Kim
United States Magistrate Judge